HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN GOSSETT,<br><br>            Plaintiff,<br><br>      v.<br><br>ARS NATIONAL SERVICES INC,<br><br>            Defendant. | CASE NO. C14-5206 RBL<br><br>ORDER GRANTING MOTION TO PROCEED IFP |

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Proceed in forma pauperis.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis*

1  complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v.*
2  *Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir.
3  1984).

4　　　Plaintiff appears to be indigent and his compliant is not frivolous on its face.  The Motion
5  for Leave to Proceed IFP is GRANTED.

6　　　IT IS SO ORDERED.

7　　　Dated this 19th day of March, 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE